**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DUANE A. DAVIDS and JULIE A. DAVIDS, | |
| Plaintiffs, | No. C 14-3002-MWB |
| vs. | |
| NORTH IOWA COMMUNITY SCHOOL DISTRICT, JULIE BALVANCE, JAMIE THOMSEN, MICHAEL HOLSTAD, RANDE GIESKING, MATT DUVE, RENAE SACHS, TOM RYGH, ANDREA BAKKER, DIEDRE WILLMERT, and LARRY HILL | **ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | |

_____

On February 19, 2015, the defendants filed their Motion For Summary Judgment (docket no. 14). The plaintiffs filed no timely response. By Order (docket no. 15), filed April 8, 2015, I recognized that I could simply grant the defendants' Motion For Summary Judgment, in light of the plaintiffs' failure to respond, *see* N.D. IA. L.R. 7(f), 56(c), but that, in the interests of justice, I would set a *final* deadline of April 22, 2015, for the plaintiffs to respond to the defendants' Motion For Summary Judgment, in the manner required by N.D. IA. L.R. 56. I warned that, if the plaintiffs did not file a response by that deadline, I would, in all likelihood, grant the defendants' Motion For Summary Judgment without further notice. *See* N.D. IA. L.R. 56(c). The plaintiffs have not filed any response to the defendants' Motion For Summary Judgment in response to my Order, nor have they filed a statement that they do not intend to resist. It is now time to impose the consequences about which I warned the plaintiffs.

THEREFORE, the defendants' February 19, 2014, Motion For Summary Judgment (docket no. 14) is **granted**, in light of the plaintiffs' failure to respond. *See* N.D. IA. L.R. 56(c). Judgment shall enter accordingly.

**IT IS SO ORDERED**.

**DATED** this 28th day of April, 2015.

_____
MARK W. BENNETT
U.S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA